UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

In re

ARMANDO E. HERRERA,

          Petitioner.

No. 2:14-cv-02939 AC P

ORDER

      Petitioner has requested an extension of time to file an amended petition. ECF No. 15. Though petitioner does not specify the length of the extension he is seeking, the court will grant his motion and he shall have an additional thirty days to submit an amended petition. Good cause appearing, IT IS HEREBY ORDERED that:

      1. Petitioner's request for an extension of time (ECF No. 15) is granted; and

      2. Petitioner shall file an amended petition within thirty days from the date of this order.

DATED: March 12, 2015

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE