IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **ARMANDO E. HERRERA,** | 2:14-cv-2939 KJM AC P |
| Petitioner, | **[PROPOSED] ORDER GRANTING RESPONDENT'S FIRST REQUEST FOR AN EXTENSION OF TIME** |
| v. | |
| **THE PEOPLE OF THE STATE OF CALIFORNIA,** | Action Filed: 5/4/2015 |
| Respondent. | |

Respondent's first request for an extension of time to file a responsive pleading was considered by the Court, and good cause appearing, Respondent's request is granted.

IT IS HEREBY ORDERED that Respondent shall file a responsive pleading by August 20, 2015.

DATED : July 7, 2015

_/s/ Allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

[Proposed] Order  (2:14-cv-2939 KJM AC P)