UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO E. HERRERA, | No. 2:14-cv-2939 KJM AC P |
| Petitioner, | |
| v. | ORDER |
| PEOPLE OF THE STATE OF CALIFORNIA, | |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se on an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has filed two letters with the court in which he requests unspecified relief because officers are violating his constitutional rights by (1) harassing him and threatening to transfer him to a prison where his enemies are located once the instant case has concluded, in retaliation for filing the instant petition and (2) putting him in danger by labeling him as a gang member and a snitch. ECF Nos. 32, 36.

Petitioner is advised that claims concerning the conditions of his confinement and violations of his constitutional rights are properly raised in a civil rights complaint filed pursuant to 42 U.S.C. § 1983, which provides a remedy for violations of civil rights by state actors. A habeas corpus petition is the correct method for a prisoner to challenge the "legality or duration" of his confinement. Badea v. Cox, 931 F.2d 573, 574 (9th Cir. 1991) (quoting Preiser v. Rodriguez, 411 U.S. 475, 485 (1973); 28 U.S.C. § 2254. Therefore, petitioner must bring these

1

claims in a civil rights action after the inmate grievance process has been properly exhausted.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's requests for unspecified relief (ECF Nos. 32, 36) are denied.

2. The Clerk of the Court is directed to send petitioner a copy of the prisoner complaint form used in this district.

DATED: October 15, 2015

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE