1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   ARMANDO E. HERRERA,                     No.  2:14-cv-2939 KJM AC P

12                    Petitioner,

13        v.                                 ORDER

14   PEOPLE OF THE STATE OF
     CALIFORNIA,
15
                      Respondent.
16

17        Petitioner, a state prisoner proceeding pro se, has filed this application for a writ of habeas

18   corpus under 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge as

19   provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20        On January 22, 2016, the magistrate judge filed findings and recommendations, which

21   were served on all parties and which contained notice to all parties that any objections to the

22   findings and recommendations were to be filed within twenty-one days.  ECF No. 43.  Petitioner

23   has filed objections to the findings and recommendations.  ECF No. 44.

24        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this

25   court has conducted a *de novo* review of this case.  Having carefully reviewed the file, the court

26   finds the findings and recommendations to be supported by the record and by proper analysis.

27   /////

28   /////

1

1    Accordingly, IT IS HEREBY ORDERED that:

2    1.  The findings and recommendations filed January 22, 2016 (ECF No. 43), are adopted

3  in full; and

4    2.  Petitioner's motion for a temporary restraining order (ECF No. 38) is denied.

5  Dated:  March 7, 2016

6

7

8                                UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28